JANET M. HEROLD, Regional Solicitor
herold.janet.m@dol.gov
California State Bar Number 243568
BRUCE L. BROWN, Assoc. Reg. Solicitor
brown.bruce.l@dol.gov
Washington State Bar No. 18844
SUSAN BRINKERHOFF, Trial Attorney
brinkerhoff.susan@dol.gov
District of Columbia Bar No. 460945
Office of the Solicitor, U.S. Dep't of Labor
300 Fifth Avenue, Suite 1120
Seattle, WA 98104
Phone (206) 757-6762
Fax (206) 757-6761
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of the United States Department of Labor, | Case No.: 13-683 |
| Plaintiff, | |
| vs. | **COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT** |
| SUMMIT DRYWALL, INC., a Washington State corporation, and THOMAS KAUZLARICH, an individual, | |
| Defendants. | |

1. Plaintiff SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor (the "Acting Secretary" or "Plaintiff"), brings this action pursuant to Section 17, 29 U.S.C § 217, of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C §§ 201-19 (hereinafter "FLSA" or the "Act"), to enjoin Defendants SUMMIT DRYWALL, INC., and THOMAS KAUZLARICH from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the Act, 29 U.S.C §§ 215(a)(2), (5).



U.S. DEPARTMENT OF LABOR
Office of the Solicitor
300 Fifth Avenue, Suite 1120
Seattle, WA 98104
206-757-6754

2. Plaintiff also and separately brings this action pursuant to Section 16(c) of the Act, 29 U.S.C. §§ 216(c), for the recovery of a judgment against Defendants for unpaid minimum wage and overtime compensation due Defendants' employees listed in the attached Exhibit A (and additional employees whose claims become known to Plaintiff) and liquidated damages in an amount equal thereto, or in the event liquidated damages are not awarded, pre-judgment interest computed on the unpaid wages due.

3. Jurisdiction of this action is conferred upon the Court by Sections 16(c) and 17 of the FLSA, 29 U.S.C. §§ 216(c), 217; by 28 U.S.C. § 1331 (federal question); and by 28 U.S.C. § 1345 (United States as plaintiff).

4. Venue lies in the United States District Court, Western District of Washington, pursuant to 28 U.S.C. § 1391(b) as both Defendants reside in this judicial district.

5. At all times material hereto, Defendant SUMMIT DRYWALL, INC., is and has been a Washington State corporation licensed to do business in Washington State, with its principal place of business located at 18830 244th Lane S.E., Issaquah, Washington 98027, within the jurisdiction of this Court, where it is and has been engaged in the business of providing drywall installation services.

6. At all times material hereto, Defendant SUMMIT DRYWALL, INC., is and has been an employer within the meaning of FLSA § 3(d), 29 U.S.C. § 203(d), in relation to the employees listed on Exhibit A to the Complaint (and additional employees whose claims become known to Plaintiff).

7. At all times material hereto, Defendant THOMAS KAUZLARICH is and has been an owner and president of Defendant SUMMIT DRYWALL, INC., and is and has been at all relevant times an employer within the meaning of FLSA § 3(d), 29 U.S.C. § 203(d), in that he was a person acting directly or indirectly in the interest of Defendants (employers) in relation to their employees listed on Exhibit A (and additional employees whose claims become known to



U.S. DEPARTMENT OF LABOR
Office of the Solicitor
300 Fifth Avenue, Suite 1120
Seattle, WA 98104
206-757-6754

Plaintiff), and had economic and operational control over Defendant SUMMIT DRYWALL, INC., and its business in the State of Washington.

8. At all times relevant to this Complaint, Defendants employ and/or employed employees in and about their place of business who handled, sold, or otherwise worked on goods or materials that have been moved in or produced for commerce by any person.

9. At all times relevant to this Complaint, Defendant SUMMIT DRYWALL, INC., is and has been an "enterprise," as defined in FLSA § 3(s)(1)(A), 29 U.S.C. § 203(s)(1)(A), whose annual gross volume of sales made or business done of not less than $500,000 (exclusive of sales taxes at the retail level that are separately stated). By reason thereof, said enterprise at all times relevant to this Complaint was an enterprise engaged in commerce or in the production of goods for commerce within the meaning of the Act.

10. Defendants have violated and/or are violating the provisions of FLSA §§ 6 and 15(a)(2), 29 U.S.C. §§ 206, 215(a)(2), by paying the employees listed in Exhibit A (and additional employees whose claims become known to Plaintiff) who were engaged in commerce or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, less than the minimum wage for all hours worked.

11. Defendants have violated and/or are violating the provisions of FLSA §§ 7 and 15(a)(2), 29 U.S.C. §§ 207, 215(a)(2), by employing the employees listed in Exhibit A (and additional employees whose claims become known to Plaintiff) who were engaged in commerce or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, for work weeks longer than forty (40) hours without compensating said employees for all their employment in excess of 40 hours in such work weeks at rates not less than one and one-half the regular rates at which they were employed.

12. Defendants have violated and/or are violating the provisions of FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c), 215(a)(5), by failing to maintain, keep, make available (to



U.S. DEPARTMENT OF LABOR
Office of the Solicitor
300 Fifth Avenue, Suite 1120
Seattle, WA 98104
206-757-6754

authorized agents of Plaintiff for inspection, transcription, and/or copying), and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by the regulations promulgated by Plaintiff pursuant to the authority granted in the Act and published in the Federal Register and known as Title 29, Code of Federal Regulations, Part 516.

13. Defendants violated and/or are violating the monetary provisions of the Act as alleged in paragraphs 10 and 11, and, as a result, Defendants are liable for unpaid minimum wage and overtime compensation and an equal amount in liquidated damages under FLSA § 16(c), 29 U.S.C. § 216(c).

14. At all times relevant to this Complaint, Defendants repeatedly violated the above-described provisions of the FLSA.

15. Defendants' violations of the above-described provisions of the FLSA were willful in nature.

16. As a result of the violations of the overtime and minimum wage provisions of the FLSA, there is unpaid overtime and minimum wage compensation due under the FLSA that is being withheld by Defendants;

17. Judgment permanently enjoining and restraining such violations of the FLSA is specifically authorized by FLSA § 17, 29 U.S.C. § 217.

18. Judgment awarding unpaid back wages due under the FLSA, plus an additional amount as liquidated damages that is equal to the amount of the back wages that accrued under the FLSA, is specifically authorized by FLSA § 16(c), 29 U.S.C. § 216(c).

WHEREFORE, cause having been shown, Plaintiff prays for a Judgment against Defendants as follows:

(1) For an Order pursuant to FLSA § 17, 29 U.S.C. § 217, permanently enjoining and



U.S. DEPARTMENT OF LABOR
Office of the Solicitor
300 Fifth Avenue, Suite 1120
Seattle, WA 98104
206-757-6754

restraining Defendants, their officers, agents, servants, employees, and all persons acting in their behalf and interest from prospectively violating the provisions of FLSA §§ 15(a)(2) and 15(a)(5), 29 U.S.C. §§ 215(a)(2), (5);

(2) For an Order pursuant to FLSA § 16(c), 29 U.S.C. § 216(c), finding Defendants liable for unpaid minimum wage and overtime compensation found by the Court to be due Defendants' employees (including those named in the attached Exhibit A and additional employees whose claims become known to Plaintiff), plus an equal amount in liquidated damages; or, in the event liquidated damages are not awarded, pre-judgment interest computed on the unpaid wages due;

(3) For an Order awarding Plaintiff his fees and the court costs of action; and

(4) For an Order granting Plaintiff such other and further relief as may be necessary and appropriate.

DATED this 16th day of April, 2013.

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

BRUCE L. BROWN
Associate Regional Solicitor

By: [signature]
SUSAN BRINKERHOFF
Trial Attorney

**U.S. DEPARTMENT OF LABOR**
**Counsel for Plaintiff**



U.S. DEPARTMENT OF LABOR
Office of the Solicitor
300 Fifth Avenue, Suite 1120
Seattle, WA 98104
206-757-6754

# EXHIBIT A

1. Aguilar, Victor
2. Alejandro Alonso, Jose
3. Almejo, Cain
4. Alonso, Alfredo
5. Alonso, Jose
6. Alvarado, Carlos
7. Alvarado, Edgar
8. Alvarado Q., Jesus
9. Ambrocio, Jorge
10. Ambrocio, Rafael
11. Ambrocio, Rodolfo
12. Ambrosio, Jose
13. Araiza, Adolfo
14. Araiza, Efren
15. Araiza, Javier
16. Araiza Diaz, Gregorio
17. Araiza Estrada, Jorge
18. Araiza Rosales, Carlos
19. Arzate R., Pedro
20. Avalos, Jose
21. Avalos, Querin
22. Ayala Ramirez, Juan
23. B. Villa Lopez, Jesus
24. Baltazar, Erik
25. Barajas, Jose
26. Barraza, Mario
27. Bautista, Dagoberto
28. Bautista, Salvador
29. Benavides, Arturo
30. Blanco, Francisco
31. Blas Blanco, Victor
32. Cabrera, Ismael
33. Calderon Aguirre, Adrian
34. Cardenas, Armando
35. Carrera, Jorge
36. Carrillo, Santiago
37. Castanon, Eduardo
38. Castillo, Jose
39. Castillo, Jose Nava
40. Castillo, Juan
41. Castillo Cauich, Luis
42. Castillo T., Jorge
43. Castillo Torres, Rogelio



U.S. DEPARTMENT OF LABOR
Office of the Solicitor
300 Fifth Avenue, Suite 1120
Seattle, WA 98104
206-757-6754

44. Cauich, Carlos
45. Ceja, Abel
46. Ceja, Horacio
47. Ceja, Lauro
48. Ceja, Osbaldo
49. Cervantes, Jaime
50. Chavira, Francisco
51. Cifuentes G., Jose
52. Contreras, Jose
53. Contreras Ayala, Jose
54. Coral, Sergio
55. Cordova, Francisco
56. Cordova, Jose
57. Cortez, Juan
58. Cortreras Galvan, Horacio
59. Crisanto, Bernardino
60. Cruz, Humberto
61. De Dios, Edgar
62. De La Cruz, Leonardo
63. De La Rosa, Angel
64. De La Rosa, Cesar
65. De La Rosa, Cesar R.
66. De La Rosa, Eligio
67. De La Rosa G., Alfredo
68. De La Rosa G., Manolo
69. DeLa Cruz, Cristian
70. Diaz, Cirilo
71. Diaz, Juan
72. Diaz, Ricardo
73. Diaz, Tomas
74. Diaz Avalos, Juan
75. Duenas, Fernando
76. Duenas Salcedo, Cesar
77. Duenas Salcedo, Edgar
78. Enciso, Joel
79. Escobar, Jose
80. Escobar, Rene
81. Federico Lopez, Osvaldo
82. Fierro-Avila, Salvador
83. Figueroa Padilla, Jose
84. Flores, Javier
85. Flores, Oscar
86. Flores, Ramon
87. Garcia, Fidel
88. Garcia, Gilberto



U.S. DEPARTMENT OF LABOR
Office of the Solicitor
300 Fifth Avenue, Suite 1120
Seattle, WA 98104
206-757-6754

89. Garcia, Joaquin
90. Garcia, Jose
91. Garcia, Juan
92. Garcia, Ramon
93. Garcia, Ruben
94. Garcia Castillo, Fernando
95. Garcia Castillo, Jose Alonso
96. Gomez, Hugo
97. Gomez P., Blas
98. Gonzaga, Ramon
99. Gonzales, Isaac
100. Gonzalez, Tirso
101. Guadalupe, Efrain
102. Guadalupe, Leocadio
103. Guadalupe, Marco
104. Guadalupe, Pedro
105. Guadalupe, Pedro R.
106. Guerrero, Armando
107. Guerrero Adame, Jaime
108. Guerrero B., Benigno
109. Guerrero Martinez, Isaias
110. Guerrero Martinez, Jose
111. Gutierrez, Juan
112. Gutierrez, Roberto
113. Guzman, Abraham
114. Guzman, Alfredo
115. Guzman, Apolonio
116. Guzman, Avigay
117. Guzman, Braulio
118. Guzman, David
119. Guzman, Diego
120. Guzman, Edgardo
121. Guzman, Flavio
122. Guzman, Jorge
123. Guzman, Jose A.R.
124. Guzman, Jose D.
125. Guzman, Jose R.
126. Guzman, Laris
127. Guzman, Marcos
128. Guzman, Miguel
129. Guzman, Pablo
130. Guzman A., Jose J.
131. Guzman Nava, Jose
132. Heredia, Victor
133. Hernandez, Edwin



U.S. DEPARTMENT OF LABOR
Office of the Solicitor
300 Fifth Avenue, Suite 1120
Seattle, WA 98104
206-757-6754

134. Hernandez, Jesus
135. Hernandez Garcia, Alvaro
136. Hernandez Garcia, Christian
137. Hernandez Rivera, Andres
138. Herrarte, Edgardo
139. Herrera, Enrique
140. Herrera, Victor
141. Huerta Blanco, Carlos
142. Huerta Blanco, Severiano
143. Huerta Estrada, Carlos
144. Hugo Padillo, Cesar
145. Ibarra, Osvaldo
146. Jacobo, Jorge
147. Jacobo, Luis
148. Jacovo, Guillermo
149. Jimenez, Hector
150. Jose Neri Blanco, Juan
151. Larios, Fabian
152. Larios, Juan
153. Larios, Ricardo
154. Larios D., Jose
155. Larios Santos, Omar
156. Lazaro, Daniel
157. Lazaro De La Cruz, Jose
158. LeBaron, Isaias
159. Lopez, Ismael
160. Lopez, Maximiliano
161. Lopez Cardona, Everardo
162. Lopez Cardona, Ismael
163. Lopez Cardona, Saul
164. Lopez Gutierrez, Alberto
165. Lopez L., Jose
166. Lopez L., Nestor
167. Macia Ponce, Catarino
168. Macias Ponce, Eligio
169. Magana, Martin
170. Manuel Reyes, Victor
171. Maria, Edgar
172. Maria D., Francisco
173. Martinez, Fernando
174. Mejia, Juan
175. Mejia, Nerudin
176. Mendoza, Isaias
177. Mendoza, Julio
178. Mendoza, Octavio



U.S. DEPARTMENT OF LABOR
Office of the Solicitor
300 Fifth Avenue, Suite 1120
Seattle, WA 98104
206-757-6754

179. Mendoza Reyna, Noe
180. Mojarro, Ramiro
181. Molinero, Alejandro
182. Montano, Jose
183. Mora Salaiza, Rigoberto
184. Morales, Arnulfo
185. Morales, Guillermo
186. Morales, Jose
187. Moreno, Osvaldo
188. Murguia Chavez, Claudio
189. Neri, Lionso
190. Neri, Oracio
191. Neri, Ramiro
192. Neri, Raul
193. Neri Benavides, Juan
194. Neri Mejia, Giovanni
195. Nery Ceja, Juan
196. Ornelas, Misael
197. Ortiz Montero, Heliodoro
198. Padilla, Felipe
199. Parra Andrade, Carlos
200. Partida, Miguel
201. Ponce Ceja, Jaime
202. Ponce Garcia, Abelardo
203. Quinones M., Francisco
204. Quinones M., Jesus
205. Quinones Mendoza, Jose
206. Quiroz, Jose
207. Ramirez, Abraham
208. Ramirez, Avigay
209. Ramirez, Constantino
210. Ramirez, Eduardo
211. Ramirez, Misael
212. Ramirez, Noe
213. Ramirez Guzman, Enrique
214. Riestra, David
215. Riestra, Demetrio
216. Riestra, Israel
217. Riestra, Oscar
218. Riestra, Victor
219. Rincon, Octavio
220. Rios, Gabriel
221. Rodriguez, Ely
222. Rodriguez, Felix
223. Rodriguez Cortez, Fernando



U.S. DEPARTMENT OF LABOR
Office of the Solicitor
300 Fifth Avenue, Suite 1120
Seattle, WA 98104
206-757-6754

224. Rodriguez Orozco, Francisco
225. Rogers, Kenny
226. Romero, Adalberto
227. Romero, Alvino
228. Romero, Christian
229. Romero, Efrain
230. Romero, Hector
231. Romero, Israel
232. Romero, J. Homar
233. Romero, Jose
234. Rosales, Cornelio
235. Rosales, Guillermo
236. Rosales, Joel
237. Rosales, Jose
238. Rosales, Luis
239. Rosales, Manuel A.
240. Rosales, Manuel R.
241. Rosales B., Francisco
242. Rubio, Angel
243. Rubio, Jesus
244. Rubio, Oscar
245. Rubio, Romualdo
246. Rubio, Santiago
247. Ruiz, Bernadet
248. Ruiz, Efrain
249. Ruiz, Joel
250. Ruiz, Miguel
251. Ruiz, Tiburcio
252. Ruiz Mendoza, Ramon
253. Ruiz Negrete, Francisco
254. Salas, Adan
255. Salas, Juan
256. Sanchez, Rogelio
257. Sanchez May, Marcos
258. Sandoval, Jesus
259. Silva, Guadalupe
260. Simerka, Roger
261. Siordia, Guadalupe
262. Siordia, Ricardo
263. Siordia, Valentin
264. Sustaita, Ildefonso
265. Sustaita, Raymundo
266. Talavera, Rigoberto
267. Tejeda Corona, Antonio
268. Torres, Abel



U.S. DEPARTMENT OF LABOR
Office of the Solicitor
300 Fifth Avenue, Suite 1120
Seattle, WA 98104
206-757-6754

269. Torres, Francisco
270. Torres, Jose Cruz
271. Torres, Jose Rogelio
272. Torres, Juan
273. Torres, Juan Francisco
274. Torres, Manuel
275. Torres Castillo, Javier
276. Torres T., Juan
277. Truillo Corona, Hernan
278. Urrutia, Jose
279. V. Gonzalez, Juan
280. V. Rangel Perez, Bianca
281. Valdez, Julio
282. Valverde B., Vicente
283. Vega, Dagoberto
284. Vela, Eduardo
285. Velasco, Benjamin
286. Velasco, Jesus
287. Velasco, Luis
288. Villa Rivero, Juan
289. Villarreal, Emmanuel
290. Villasenor Bernabe, Martin
291. Vitale, Daniel
292. West, Patrick
293. Yarrington, Andrew
294. Yates, John
295. Zamora, Francisco



U.S. DEPARTMENT OF LABOR
Office of the Solicitor
300 Fifth Avenue, Suite 1120
Seattle, WA 98104
206-757-6754